**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


MARY D'ORAZIO,                          :
                                        :
             Plaintiff,                 :    CIVIL ACTION
                                        :
      vs.                               :    No. 09-cv-403
                                        :
HARTFORD INSURANCE COMPANY,             :
                                        :
             Defendant.                 :


## ORDER

AND NOW, this  23rd   day of June, 2009, upon consideration of Defendant's Motion to Dismiss Plaintiff's Pennsylvania Claims (Doc. No. 11), Plaintiff Mary E. D'Orazio's Response in Opposition (Doc. No. 13), and Defendant's Reply thereto (Doc. No. 14), for the reasons set forth in the attached Memorandum, it is hereby ORDERED that Defendant's Motion is GRANTED.  It is further ORDERED that Plaintiff's Pennsylvania law claims are DISMISSED.[1]

                                        BY THE COURT:



                                        s/J. Curtis Joyner

                                        J. CURTIS JOYNER, J.

---

[1] Plaintiff's claims under Delaware law remain.