IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY E. D'ORAZIO        :
    Plaintiff,           :   CIVIL ACTION
    v.                   :   NO. 09-CV-0403
HARTFORD INS. CO.,       :
    Defendant.           :

**ORDER**

AND NOW, this 5th day of May, 2011, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 24), Plaintiff's response in opposition thereto (Doc. No. 28), and Defendant's reply in further support thereof (Doc. No. 29), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED and that judgment is entered in favor of Defendant and against Plaintiff.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.